| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 10/7/2020 |
| U.S. Magistrate Judge | | Time: | 12:30 p.m. |

*Margaret O'Boyle v. Airlogix/Bayside Refrigeration, Inc.*
20-CV-1655 (AMD) (JO)

Type of Conference:  Telephone

Appearances:   Plaintiff        William H. Kaiser, Daniel J. Kaiser

   Defendant    John J. Byrnes

Scheduling: There are no further conferences scheduled before me at this time.

Summary: As set forth on the record, I am prepared to recommend that the court approve the revised settlement proposal with a modification to allocate $20,000 to the plaintiff's counsel and the remainder of the settlement funds to the plaintiff. The plaintiff will submit a letter by October 14, 2020, as to whether she consents to that proposal.

                                                         SO ORDERED

                                                         _____/s/_____
                                                         James Orenstein
                                                         U.S. Magistrate Judge