

October 9, 2020

**Via ECF**
The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, New York 11201

    Re:    Margaret O'Boyle v. Airlogix/Bayside Refrigeration, Inc.
           Index No.:    1:20-cv-1655

Dear Magistrate Judge Orenstein:

    We are counsel to Plaintiff, Margaret O'Boyle, and write in response to Your Honor's proposal that plaintiff's counsel accept a reduced fee allocation of $20,000. We have consulted with our client and will accept the reduced fee.

    We will amend the settlement agreement to reflect the new fee, re-execute the agreement and forward it to Your Honor for review and approval next week.

                                        Respectfully submitted,

                                        William H. Kaiser

Cc:    John Byrnes, Esq.